UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

ALBERT REGINALD ROBINSON #602273,

    Plaintiff,                                        Case No. 2:17-CV-98

v.                                                 HON. GORDON J. QUIST

UNKNOWN KILLIPS, et al.,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On May 26, 2020, U.S. Magistrate Judge Maarten Vermaat issued a Report and Recommendation (R. & R.), recommending that the Court grant Defendants' motion for summary judgment. (ECF No. 49). The Court has reviewed the R. & R. No objections have been filed pursuant to 28 U.S.C. § 636(b). Thus, the Court will adopt the R. & R.

**THEREFORE, IT IS HEREBY ORDERED** that the May 26, 2020, Report and Recommendation (ECF No. 49) is **adopted** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' motion for summary judgment (ECF No. 41) is **GRANTED** for the reasons set forth in the R. & R. Therefore, Plaintiff's claims are **dismissed without prejudice**.

This case is **concluded**.

A separate judgment will enter.

Dated: June 23, 2020                                                        /s/ Gordon J. Quist
                                                                                 GORDON J. QUIST
                                                                 UNITED STATES DISTRICT JUDGE